IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SEAN AHERN,

    Petitioner,

    v.

WARDEN, USP ATLANTA,

    Respondent.

CIVIL ACTION FILE
NO. 1:14-CV-3290-TWT

**ORDER**

This is a pro se habeas corpus action by a federal prisoner. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending dismissing the action pursuant to 28 U. S. C. § 2255(e). The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. The Petitioner's Motion to Release Records [Doc. 7] is DENIED as moot.

SO ORDERED, this 5 day of January, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\14\Ahern\r&r.wpd